UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:05-CR-140 CAS |
| | ) | |
| CHARLES E. JONES, III, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on defendant Charles E. Jones, III's Second Motion for Early Termination of Supervised Release. For the following reasons the motion will be denied.

On September 11, 2006, Mr. Jones was sentenced to 120 months imprisonment and a five-year term of supervised release on the charges of distribution of 5 or more grams of cocaine base, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 85113. On April 4, 2008, the judgment was amended to provide for a eight-year term of supervised release. Mr. Jones completed his sentence and has been on supervised release since August 22, 2013. Defendant's supervised release is to set to expire on August 21, 2021.

The United States Probation Office opposes the early termination of supervised release. As recently as August 2015, Mr. Jones tested positive for the use of marijuana. The probation office believes that in light of Mr. Jones's criminal history and recent drug use while on supervised release, additional supervision is necessary to continue to monitor Mr. Jones's overall adjustment to the community. The Court and the probation office do, however, commend Mr. Jones for the positive adjustment he has made to supervision and the progress he has shown. But the Court finds

that Mr. Jones does not meet the criteria for early termination of his supervised release at this time, and his motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that Charles E. Jones, III's Second Motion for Early Termination of Supervised Release is **DENIED**. [Doc. 77]

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**CHARLES A. SHAW**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

Dated this   1st   day of December, 2015.